UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.

Dean Boraas,

        Defendant.

Criminal No. 13-157 (MJD/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation [Doc. #31] of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation are **ADOPTED**;

2. Dean Boraas' Motion to Suppress Eyewitness Identifications (ECF No. 19) is **DENIED AS MOOT**;

3. Dean Boraas' Motion to Suppress Evidence Obtained as a Result of Search and Seizure (ECF No. 20) is **DENIED AS MOOT**; and

4. Dean Boraas' Motion to Suppress Statements, Admissions, and Answers (ECF No. 21) is **DENIED**.

Dated: September 30, 2013        s/Michael J. Davis
                                              MICHAEL J. DAVIS
                                              Chief United States District Judge